1 | Amrane Cohen, Chapter 13 Trustee
  | 770 The City Drive South, Suite 3300
2 | Orange, CA 92868
  | Phone (714) 621-0200
3 | Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

|                              |   |                              |
|------------------------------|---|------------------------------|
|                              | ) | Chapter 13                   |
| ARCHIE FRANK JOHNSON, II     | ) | Case No.: 8:07-bk-10623-TA   |
|                              | ) | **NOTICE OF UNCLAIMED DIVIDEND** |
|                              | ) | (Bankruptcy Rule 3011)       |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300642** in the sum of **$1,200.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

ARCHIE FRANK JOHNSON, II
5 TAFFETA LANE
LADERA RANCH, CA 92694

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 5555558 | SUSPENSE ACCOUNT ACCT: | Claim: 00000 | 1,200.00 | 0.00 | 1,200.00 |
| | | TOTALS | 1,200.00 | 0.00 | 1,200.00 |

Archie Frank Johnson II
8:07-bk-10623-TA

SUSPENSE ACCOUNT

| BALANCE: | | [0.00 0/00000] | | |
|---|---|---|---|---|
| SSN: | SSN: | | | |
| ACCT: | | | CASE: 5555558 | |
| PRINCIPAL: | 1,200.00 | INTEREST: | | 0.00 |

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA 92856

SUNTRUST  
800-786-8787

64-79 / 611

0300642

Dec 24, 2009

VOID 90 DAYS FROM DATE

*****$1,200.00

**PAY** One Thousand Two Hundred And 00 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)  
255 E. TEMPLE STREET  
LOS ANGELES, CA 90012

⑈0300642⑈ ⑆061100790⑆ 000000575186 ⑈